# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148898-9(116)

JEANNE HARRISON,
        Plaintiff-Appellee,

v

MUNSON HEALTHCARE, INC.,
        Defendant-Appellant,
and

SURGICAL ASSOCIATES OF TRAVERSE CITY,
P.L.L.C., WILLIAM P. POTTHOFF, M.D., and
CINDY GILLIAND, R.N.,
        Defendants,
and

THOMAS R. HALL,
        Appellee.
_____/

SC: 148898-9
COA: 304512, 304539
Grand Traverse CC:
      2009-027611-NH

      On order of the Chief Justice, the motion of defendant-appellant for leave to file a supplemental brief in support of the application for leave to appeal is GRANTED.  The supplemental brief submitted on May 12, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015


_____                  _____